## B & B ENGINEERING AND SUPPLY CO., Inc., the Travelers Insurance Company, and B. E. Townsend.

No. 50434.

April 3, 1970.

In re: B & B Engineering and Supply Co., Inc., The Travelers Insurance Company and B. E. Townsend applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 230 So.2d 377.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

233 So.2d 251

## VICTORY ELECTRIC WORKS, INC., and Thomas Ward

v.

## MARYLAND CASUALTY COMPANY, Hibernia National Bank et al.

No. 50435.

April 3, 1970.

In re: Victory Electric Works, Inc., and Thomas Ward applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 230 So.2d 287.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

LEVY, J., does not participate.